Dennis D. Strazulo, Esq. (SBN 124695)
Sara Wilson, Esq. (SBN 172888)
STRAZULO FITZGERALD, LLP
One Sansome Street, Suite 3500
San Francisco, California 94104
Telephone: (415) 394-9500
Facsimile: (415) 394-9501

Attorneys for Defendants,
True Alliance Corporation, a California Corp.,
dba Tra Vigne, Nob Hill Properties, Inc.,
a California Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>        Plaintiff,<br><br>    v.<br><br>TRUE ALLIANCE CORPORATION, a California Corporation, dba TRA VIGNE, NOB HILL PROPERTIES, INC., a California Corporation, and DOES ONE to FIFTY, inclusive,<br><br>        Defendants. | CASE NO.: C 06-007200<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**<br><br>[Civil L.R. 6-1 (a)] |

    Pursuant to Rule 6-1 (a) of the Local Rules for the United States District Court, Northern District of California, the parties, by and through their counsel, hereby stipulate that Defendants TRUE ALLIANCE CORPORATION dba TRA VIGNE and NOB HILL PROPERTIES, INC. ("Defendants") be allowed an extension of time to file a responsive pleading. There have been no prior extensions of time for Defendants to respond to Plaintiff's Complaint. The revised deadline

///

///

///

2331                    -1-

**STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFEMNDANTS TO FILE RESPONSIVE PLEADING**

for Defendants to respond to Plaintiff's Complaint will be February 12, 2007.

Dated: January 24, 2007

SINGLETON LAW GROUP

By: _____
Jason K. Singleton
Attorneys for Plaintiff

Dated: January 24, 2007

STRAZULO FITZGERALD LLP

By: _____
Dennis D. Strazulo
Sara Wilson
Attorneys for Defendants

ORDER

IT IS SO ORDERED:

DATED: 1/30/07

_____
JUDGE OF THE U.S. DISTRICT COURT

STRAZULO FITZGERALD LLP
ONE SANSOME STREET, SUITE 3500
SAN FRANCISCO CALIFORNIA 94104
TELEPHONE 415.394-9500
FACSIMILE 415.394-9501

2331
-2-
STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFEMNDANTS TO FILE RESPONSIVE PLEADING

| | |
|---|---|
| CASE NAME: | Jean Riker v. True Alliance Corporation. |
| ACTION NO.: | United States District Court Case No. C 06-007200 |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is One Sansome Street, Suite 3500, San Francisco, California 94104. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause.

On January 25, 2007, I served the following documents(s) described as:

**STIPULATION AND ORDER TO CONTINUE DATE FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**

☒ **BY MAIL:** I am readily familiar with my employer's normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.

☐ **BY FAX:** I served said document(s) by transmitting via facsimile from facsimile number (415) 394-9501 to the facsimile number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is hereby attached to the Proof of Service.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by **FEDERAL EXPRESS** with delivery fees provided for, addressed to the person(s) on whom it is to be served.

on the interested party(ies) in this action addressed as follows:

| | |
|---|---|
| Jason K. Singleton, Esq.<br>611 L Street, Suite A<br>Eureka, California, 95501<br>Phone: 707-441-1177<br>Fax:    707-441-1533 | Attorneys for Plaintiff,<br>Jean Riker |

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 25, 2007, at San Francisco, California.

_____
Desiree Erspamer

2084

PROOF OF SERVICE