JASON K. SINGLETON, State Bar #166170
lawgroup@sbcglobal.net
RICHARD E. GRABOWSKI, State Bar #236207
rgrabows@pacbell.net
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177

Attorney for Plaintiff, JEAN RIKER

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, <br><br> Plaintiff, <br> v. <br><br> TRUE ALLIANCE CORPORATION, a California corporation, dba TRA VIGNE, NOB HILL PROPERTIES, INC., a California corporation, and DOES ONE to FIFTY, inclusive, <br><br> Defendants. | Case No. C 06-7200 SBA <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |

Plaintiff **JEAN RIKER** and Defendants **TRUE ALLIANCE CORPORATION**, dba TRA VIGNE (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

STIPULATION AND ORDER OF DISMISSAL 1 C 06-7200 SBA

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

SINGLETON LAW GROUP

Dated: June 26, 2007

Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **JEAN RIKER**

STRAZULO FITZGERALD, LLP

Dated: June 26, 2007

Emmit Gilman, Attorney for Defendants
**TRUE ALLIANCE CORPORATION, dba TRA VIGNE**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>RIKER vs. TRUE ALLIANCE CORPORATION, dba TRA VIGNE, et al.</u>, Case Number C 06-7200 SBA, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: 6/28/07

SAUNDRA B. ARMSTRONG, JUDGE
UNITED STATES DISTRICT COURT

CASE NAME: Jean Riker v. True Alliance Corporation.
ACTION NO.: United States District Court Case No. C 06-007200

## PROOF OF SERVICE

I am a citizen of the United States. My business address is One Sansome Street, Suite 3500, San Francisco, California 94104. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause.

On June 27, 2007, I served the following documents(s) described as:

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

☒ **BY MAIL:** I am readily familiar with my employer's normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.

☒ **BY FAX:** I served said document(s) by transmitting via facsimile from facsimile number (415) 394-9501 to the facsimile number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is hereby attached to the Proof of Service.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by **FEDERAL EXPRESS** with delivery fees provided for, addressed to the person(s) on whom it is to be served.

on the interested party(ies) in this action addressed as follows:

Jason K. Singleton, Esq.                     Attorneys for Plaintiff,
611 L Street, Suite A                        Jean Riker
Eureka, California, 95501
Phone: 707-441-1177
Fax:   707-441-1533

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 27, 2007, at San Francisco, California.

                                                   Desiree Erspamer

2355

PROOF OF SERVICE